✎ CJA 7
(Rev. 9/05)

LOCATION CODE __0206 NYND__

**Docket No.** 5:18-cr-427-07(FJS)

USA v. Marrell Edwards

**ORDER TERMINATING
APPOINTMENT OF COUNSEL**  X
**AUTHORIZATION FOR**         one or
**DISTRIBUTION OF**           both
**AVAILABLE PRIVATE**         X
**FUNDS**

WHEREAS, __Samuel C. Breslin__ was appointed as counsel for the above defendant, on the __9th__ day __January__, 20 __19__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

**X** ORDERED that the appointment of said counsel is hereby terminated.

**x** AUTHORIZED/DIRECTED that such funds **as determined by** __the Court__ be paid by said defendant/petitioner .

***Checks or Money Orders shall be made payable and mailed to:**

**Clerk, U.S. District Court
Attn: Financial Administrator
100 South Clinton Street
Syracuse, NY 13261-7367**

Dated this __11th__ day of __April__, 20 __19__ .

_Senior United States District Judge_

**DISTRIBUTION:**   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE